IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| SEVEN MART, INC. d/b/a T-MART,<br>   *Plaintiff,* | §<br>§<br>§ | |
| v. | § | CIVIL NO. 7:24-cv-00092-DC-RCG |
| | § | |
| NATIONWIDE PROPERTY AND CASUALTY<br>INSURANCE COMPANY<br>   *Defendant.* | §<br>§<br>§ | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Seven Mart, Inc. d/b/a T-Mart and Defendant Nationwide Property and Casualty Insurance Company hereby provide notice to the Court that Plaintiff and Defendant have agreed to a settlement of all claims in this lawsuit. Accordingly, the parties respectfully request that any pending matters related to this case be removed from the Court's calendar while the parties complete the settlement process and prepare all necessary documents to obtain a final dismissal of this case.

*(Signatures on following page.)*

Respectfully submitted,

| | |
|---|---|
| */s/ Juliana Morris (w/ permission PMK)* | */s/ Patrick M. Kemp* |
| Todd M. Hurd | Patrick M. Kemp |
| Texas Bar No. 24025443 | Texas Bar No. 24043751 |
| t.hurd@texasattorneylaw.com | pkemp@smsm.com |
| Todd Hurd & Associates | Robert G. Wall |
| PO Box 1741 | Texas Bar No. 24072411 |
| Burleson, Texas 76097 | rwall@smsm.com |
| (817) 426-4529 | Schuyler J. Whiting |
| (817) 426-8159 – Facsimile | Texas Bar No. 24132481 |
| | swhiting@smsm.com |
| and | Segal McCambridge Singer & Mahoney |
| | 100 Congress Avenue, Suite 800 |
| Juliana Morris | Austin, Texas 78701 |
| Texas Bar No. 24026356 | (512) 476-7834 |
| juliana@morristexaslaw.com | (512) 476-7832 - Facsimile |
| Law Office of Juliana Morris | |
| 661 E Main Street, Suite 200-136 | **ATTORNEYS FOR DEFENDANT** |
| Midlothian, Texas 76065 | **NATIONWIDE PROPERTY AND** |
| (817) 415-0999 | **CASUALTY INSURANCE COMPANY** |
| (817) 426-8159 - Facsimile | |

**ATTORNEYS FOR PLAINTIFF**
**SEVEN MART, INC. D/B/A T-MART**

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been served electronically via CM/ECF this 15th day of January, 2025 to:

Todd M. Hurd
Todd Hurd & Associates
PO Box 1741
Burleson, Texas 76097
t.hurd@texasattorneylaw.com

Juliana Morris
Law Office of Juliana Morris
661 E Main St., Ste. 200-136
Midlothian, Texas 76065
juliana@morristexaslaw.com

*/s/ Patrick M. Kemp*
Patrick M. Kemp